IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HSIU LAN NELSON & LEE H. NELSON,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY OF ILLINOIS, d/b/a STATE FARM INSURANCE, and JOHN DOES 1-3,<br><br>Defendants. | CV 17–11–M–DWM–JCL<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of May, 2018.

Donald W. Molloy, District Judge
United States District Court